UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 21- 16021 |
| V. | : | CRIMINAL ACTION |
| | : | ORDER OF RELEASE |
| John Klinger | : | |

The Court orders the defendant, _____ John Klinger _____, is ordered released on a personal recognizance bond with the following bail conditions:

(X) Reporting, as directed, to U.S. Pretrial Services;

(X) The defendant shall appear at all future court proceedings;

(X) Submit to drug testing and/or treatment, as deemed necessary;

(  ) Mental health testing and/or treatment, as deemed necessary;

(X) Other:  Appear at all future court proceedings.


/s/ John Klinger _____          _____ 1/21/2021 _____

DEFENDANT                                          DATE


It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____

ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE


_____ 1/21/21 _____

DATE